UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: _____

CARLA EISENBERG,

 Plaintiff,

vs.

JIMMY LEE MCCULLEY, and
SMITHPORT FREIGHT, INC.,

 Defendants.
_____/

**COMPLAINT – JURY TRIAL DEMANDED**

 Plaintiff CARLA EISENBERG sues Defendants, JIMMY LEE MCCULLEY and SMITHPORT FREIGHT, INC., and states:

**PARTIES, JURISDICTION, AND VENUE**

 1. This is a personal injury action for damages exceeding $75,000.00 dollars, exclusive of costs, interest, and attorney's fees, in which there is complete diversity of citizenship between the Defendants and Plaintiff. Defendants are subject to the jurisdiction of this Court based upon the diversity of citizenship jurisdiction pursuant to 28 U.S.C.A. § 1446 (d).

 2. Plaintiff and the Defendants are citizens of different states and there is complete diversity of citizenship among the parties. 28 U.S.C. § 1332(a)(1).

 3. Venue is proper in this District Court as the accident that gave rise to this action occurred in this jurisdiction (Broward County, Florida), and the Plaintiff resides and is domiciled within this jurisdiction. A copy of the accident report is attached as reference as Exhibit "A."

 4. At all times material, the Plaintiff, CARLA EISENBERG, was and is a citizen of

Florida, domiciled and residing in Broward County, Florida, an individual over eighteen years of age, and is otherwise *sui juris*.

5. At all times material, the Defendant, JIMMY LEE MCCULLEY, was and is a citizen of Tennessee, domiciled and residing in the State of Tennessee, an individual over eighteen years of age, and is otherwise *sui juris*.

6. At all times material, the Defendant, SMITHPORT FREIGHT, INC., was and is a Tennessee Corporation, a citizen of Tennessee, incorporated in Tennessee, with its principal place of business in Smithville, Tennessee, and holding agents and/or offices in Smithville, Tennessee. A copy of its Tennessee corporate listing is attached.

7. At all times material, the Defendant, SMITHPORT FREIGHT, INC., was the owner of a 2000 International Truck, Model 9, VIN 2HSCHAER3YC076746 (hereinafter "Smithport Truck"), and Defendant, JIMMY LEE MCCULLEY, was the driver of the Smithport Truck.

8. At all times material, Defendant, JIMMY LEE MCCULLEY, operated the Smithport Truck with the full permission and consent of Defendant, SMITHPORT FREIGHT, INC.

9. That on or about October 1, 2012, Plaintiff, CARLA EISENBERG, was lawfully driving eastbound on Pembroke Road, near the intersection with SW 31st Avenue, in Broward County, Florida.

10. At the aforesaid time and place, Defendant, JIMMY LEE MCCULLEY, negligently operated and maintained the Smithport Truck, resulting in a rear-end collision with Plaintiff's vehicle.

CASE NO.: _____

# COUNT I
# NEGLIGENCE AGAINST JIMMY LEE MCCULLEY
# JURY TRIAL DEMANDED

The Plaintiff, CARLA EISENBERG, realleges and reavers the allegations of Paragraphs 1 through 10, and further alleges:

11. At all times material, Defendant JIMMY LEE MCCULLEY owed to the public and Plaintiff a duty to exercise reasonable care in the operation and maintenance of his vehicle.

12. At all times material, Defendant JIMMY LEE MCCULLEY breached that duty by failing to operate his vehicle in a safe and reasonable manner, failing to observe the traffic conditions at the time aforementioned, failing to use due care, failing to yield right of way, failing to maintain a proper distance, failing to observe and pay attention to other vehicles on the road, failed to stop, and followed too closely, thereby causing his vehicle to collide with Plaintiff's motor vehicle.

13. As a direct, proximate and foreseeable result of Defendant JIMMY LEE MCCULLEY's negligence, Plaintiff has suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, property damage, diminution in value of the property, loss of use of the property, and/or aggravation of a pre-existing condition. The losses are permanent and continuing, and Plaintiff will suffer these losses in the future.

## DEMAND FOR JURY TRIAL

14. Plaintiff hereby demands a trial by jury of all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, CARLA EISENBERG, demands judgment for all damages permitted by law against the Defendant, JIMMY LEE MCCULLEY, in an amount exceeding

CASE NO.: _____

SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS, plus court costs, interest, and any other and further relief this Honorable Court deems just and proper.

## COUNT II
### VICARIOUS LIABILITY AGAINST SMITHPORT FREIGHT, INC., <u>JURY TRIAL DEMANDED</u>

The Plaintiff, CARLA EISENBERG, realleges and reavers the allegations of Paragraphs 1 through 10, and further alleges:

15. That at the aforesaid time and place, Defendant, JIMMY LEE MCCULLEY, a permissive user, negligently and carelessly operated or maintained his vehicle, causing it to collide with CARLA EISENBERG'S vehicle, resulting in serious bodily injury to CARLA EISENBERG.

16. That Defendant, SMITHPORT FREIGHT, INC., is vicariously liable for Defendant, JIMMY LEE MCCULLEY's negligence pursuant to Florida's Dangerous Instrumentality Doctrine due to SMITHPORT FREIGHT, INC.'s ownership of the vehicle.

17. As a direct, proximate and foreseeable result of Defendants' negligence, Plaintiff has suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, property damage, diminution in value of the property, loss of use of the property, and/or aggravation of a pre-existing condition.  The losses are permanent and continuing, and Plaintiff will suffer these losses in the future.

<u>DEMAND FOR JURY TRIAL</u>

18. Plaintiff hereby demands a trial by jury of all issues so triable as a matter of right.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, the Plaintiff, CARLA EISENBERG, demands judgment for all damages

permitted by law against the Defendant, SMITHPORT FREIGHT, INC., in an amount exceeding SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS, plus court costs, interest, and any other and further relief this Honorable Court deems just and proper.

## COUNT III
## RESPONDEAT SUPERIOR AGAINST SMITHPORT FREIGHT, INC., JURY TRIAL DEMANDED

The Plaintiff, CARLA EISENBERG, realleges and reavers the allegations of Paragraphs 1 through 10, and further alleges:

19. Based upon information and belief, that at the time and place mentioned above, Defendant, JIMMY LEE MCCULLEY, was acting within the course and scope of his employment with Defendant, SMITHPORT FREIGHT, INC., and in furtherance of the company interests by operating Smithport truck on the roadways in Broward County, Florida.

20. At all times material hereto, Defendant, JIMMY LEE MCCULLEY's operation of the Smithport truck was conduct of the kind that he was employed to perform; conduct that was substantially within the time and space limits authorized or required by the work to be performed for SMITHPORT FREIGHT, INC.; and the conduct was that which was activated in part for purposes of serving his employer, SMITHPORT FREIGHT, INC.

21. While acting within the course and scope of his employment, JIMMY LEE MCCULLEY, negligently and carelessly operated and/or maintained the Smithport truck, failed to operate the Smithport truck in a safe and reasonable manner, failed to observe the traffic conditions at the time aforementioned, failed to use due care, failed to yield right of way, failing to maintain a proper distance, failing to observe and pay attention to other vehicles on the road, failed to stop, and followed too closely, thereby causing his vehicle to collide with Plaintiff's motor vehicle.

CASE NO.: _____

22. That Defendant, SMITHPORT FREIGHT, INC., is vicariously liable for Defendant, JIMMY LEE MCCULLEY's negligence pursuant to Respondeat Superior Doctrine due to SMITHPORT FREIGHT, INC.' employment of Defendant, JIMMY LEE MCCULLEY.

23. As a direct, proximate and foreseeable result of Defendants' negligence, Plaintiff has suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, property damage, diminution in value of the property, loss of use of the property, and/or aggravation of a pre-existing condition.  The losses are permanent and continuing, and Plaintiff will suffer these losses in the future.

## DEMAND FOR JURY TRIAL

24. Plaintiff hereby demands a trial by jury of all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, CARLA EISENBERG, demands judgment for all damages permitted by law against the Defendant, SMITHPORT FREIGHT, INC., in an amount exceeding SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS, plus court costs, interest, and any other and further relief this Honorable Court deems just and proper.

[*Signature and certificate on following page*]

CASE NO.: _____

DATED:  September 29, 2016.

                                      Respectfully submitted,

By: /s/ Daniel B. Reinfeld
DANIEL B. REINFELD, ESQ.
Florida Bar No.:  174815
DANIEL B REINFELD PA
Attorneys for Plaintiff
2450 Hollywood Blvd., Suite 706
Hollywood, FL 33020
Telephone: (954) 923-6110
Facsimile: (954) 628-5054
E-Mail: dan@reinfeldlaw.com

# EXHIBIT "A"

# FLORIDA TRAFFIC CRASH REPORT

LONG FORM [X]  SHORT FORM [ ]  UPDATE [ ]

(Electronic Version)

HIGHWAY SAFETY & MOTOR VEHICLES
TRAFFIC CRASH RECORDS
NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

| Date of Crash | Time of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|---|
| 01/Oct/2012 08:44 AM | 01/Oct/2012 08:44 AM | 01/Oct/2012 12:00 AM | PK12-10-000004 | 83609344 |

## CRASH IDENTIFIERS

| County Code | City Code | County of Crash | Place or City of Crash | Within City Limits | Time Reported | Time Dispatched |
|---|---|---|---|---|---|---|
| 10 | 66 | BROWARD | PEMBROKE PARK | Yes | 01/Oct/2012 08:45 AM | 01/Oct/2012 08:46 AM |

| Time on Scene | Time Cleared Scene | Completed | Reason (if Investigation NOT Completed) | Notified By |
|---|---|---|---|---|
| 01/Oct/2012 08:52 AM | 01/Oct/2012 10:00 AM | Yes | | Law Enforcement |

## ROADWAY INFORMATION

| Crash Occured On Street, Road, Highway | At Street Address# | At Lattitude and Longitude |
|---|---|---|
| PEMBROKE RD | | |

| At Feet | Or Miles | Direction | From Intersection With Street, Road, Highway | Or From Milepost # |
|---|---|---|---|---|
| 300 | | West | SW 31ST AVE | |

| Road System Identifier | Type Of Shoulder | Type Of Intersection |
|---|---|---|
| 3 State | 3 Curb | 1 Not at Intersection |

## CRASH INFORMATION (Check if Pictures Taken) [ ]

| light Condition | Weather Condition | Roadway Surface Condition | School Bus Related | Manner Of Collision |
|---|---|---|---|---|
| 1 Daylight | 1 Clear | 2 Wet | 1 No | 1 Front to Rear |

| First Harmful Event Type | First Harmful Event | First Harmful Event Location | Within Interchange | First Harmful Event Relation to Junction |
|---|---|---|---|---|
| | 14 | 1 On Roadway | No | 1 Non.Junction |

| Contributing Circumstances: Road | Contributing Circumstances: Road | Contributing Circumstances: Road |
|---|---|---|
| 1 None | | |

| Contributing Circumstances: Environment | Contributing Circumstances: Environment | Contributing Circumstances: Environment |
|---|---|---|
| 1 None | | |

| Work Zone Related | Crash In Work Zone | Type Of Work Zone | Workers In Work Zone | Law Enforcement In Work Zone |
|---|---|---|---|---|
| 1 No | | | | |

## VEHICLE (Check if Commercial) [X]

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg. | VIN |
|---|---|---|---|---|---|---|---|
| 1 | 1 Vehicle in Transport | 1 No | G524HZ | TN | 30/Jun/2013 | No | 2HSCHAER3YC076746 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2000 | INTL | 9 | DS | BLK | Functional | 50 | No | MCCULLEY | Driver |

| Insurance Company | Insurance Policy Number |
|---|---|
| SMITHPORT CABINETRY & DURACRAFT | S1871329 |

| Name of Vehicle Owner (Check Box If Business) [X] | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|
| SMITHPORT FREIGHT INC | 1045 WEST BROAD ST | SMITHVILLE TN | 37166 |

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| | U244575 | TN | 09/04/2013 23:59 | No | 2MN0LIAH541006599 | 2004 | TRAIL | 53 | 2 |

| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Vehicle Traveling: | Direction | On Street, Road, Highway | At Est. Speed | Posted Speed | Total Lanes |
|---|---|---|---|---|---|
| | East | PEMBROKE RD | 5 | 40 | 3 |

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|
| 4 | 13 | | |

| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) |
|---|---|---|
| 3 More than 26,000 lbs (11,793 kg) | Tandem Semi Trailer | |

| Haz. Mat. Release | Haz. Mat. Placard | Number | Class |
|---|---|---|---|
| 1 | 1 | | |

| Motor Carrier Name | US DOT Number |
|---|---|
| SMITHPORT | 2168464 |

| Motor Carrier Address | City and State | Zip Code | Phone Number |
|---|---|---|---|
| 1045 W BROAD ST | SMITHVILLE TN | 37166 | |

| Comm/Non-Commercial | Vehicle Body Type | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use | Speical Function of MV |
|---|---|---|---|---|---|
| 1 | 20 Medium/Heavy Trucks (more than 10,000 lbs (4,536 kg)) | 1 None | | 1 No | 1 No Special Function |

| Vehicle Maneuver Action | Trafficway | Roadway Grade | Roadway Alignment | Most Harmful Event | Most Harmful Event Detail |
|---|---|---|---|---|---|
| 1 Straight Ahead | 4 Two-Way, Divided, Positive Median Barrier | 1 Level | 1 Straight | 2 Collision with Non-Fixed Object | 14 Motor Vehicle in Transport |

| Traffic Control Device For This Vehicle | First (1) Sequence of Events | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|
| 1 No Controls | 2 Collision with Non-Fixed Object 14 Motor Vehicle in Transport | | | |

## VEHICLE (Check if Commercial) [ ]

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg. | VIN |
|---|---|---|---|---|---|---|---|
| 2 | 1 Vehicle in Transport | 1 No | R858EA | FL | 01/Apr/2013 | No | JM1NB353X50412647 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2005 | MAZD | CV | CV | RED | Minor | 1000 | No | EISENBERG | Driver |

HSMV 90010 S  Page 1 of 4  Official copy obtained through BuyCrash.com

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 01/Oct/2012 03:44 AM | 01/Oct/2012 03:44 AM | PK-12-10-000004 | 83609344 |

| Insurance Company | Insurance Policy Number |
|---|---|
| METROPOLITAN CASUALTY INS. CO. | 2270326530 |

| Name of Vehicle Owner (Check Box If Business) | | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|---|
| CARLA BETH EISENBERG | | 4001 HILLCREST DR APT 215 | HOLLYWOOD FL | 33021 |

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |

| Vehicle Traveling: | Direction | On Street, Road, Highway | At Est. Speed | Posted Speed | Total Lanes |
|---|---|---|---|---|---|
| | East | PEMBROKE RD | 35 | 40 | 3 |

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|
| | | 9 | 9 |

| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) |
|---|---|---|
| 4 Not Applicable | | |

| Haz. Mat. Release | Haz Mat. Placard | Number | Class |
|---|---|---|---|

| Motor Carrier Name | US DOT Number |
|---|---|

| Motor Carrier Address | City and State | Zip Code | Phone Number |
|---|---|---|---|

| Comm/Non-Commercial | Vehicle Body Type | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use | Specieual Function of MV |
|---|---|---|---|---|---|
| | 1 Passenger Car | 1 None | | 1 No | 1 No Special Function |

| Vehicle Maneuver Action | Trafficway | Roadway Grade | Roadway Alignment | Most Harmful Event | Most Harmful Event Detail |
|---|---|---|---|---|---|
| 6 Changing Lanes | 4 Two-Way, Divided, Positive Median Barrier | 1 Level | 1 Straight | 2 Collision with Non-Fixed Object | 14 Motor Vehicle in Transport |

| Traffic Control Device For This Vehicle | First (1) Sequence of Events | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|
| 1 No Controls | 2 Collision with Non-Fixed Object / 14 Motor Vehicle in Transport | | | |

## VEHICLE (Check if Commercial) [X]

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg. | VIN |
|---|---|---|---|---|---|---|---|
| 3 | 1 Vehicle in Transport | 1 No | 774YLR | FL | 30/Jun/2013 | No | 1FTKR1AD1APA51490 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | FORD | PK | PK | WHI | Minor | 50 | No | HARRIS | Driver |

| Insurance Company | Insurance Policy Number |
|---|---|
| TRAVELERS INDEMNITY CO | HC2ECAP9527B966TCT11 |

| Name of Vehicle Owner (Check Box If Business) [X] | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|
| ORKIN INC | 3375 SW 3 AVE | FT LAUDERDALE FL | 33315 |

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |

| Vehicle Traveling: | Direction | On Street, Road, Highway | At Est. Speed | Posted Speed | Total Lanes |
|---|---|---|---|---|---|
| | East | PEMBROKE RD | 0 | 40 | 3 |

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|
| 1 | 1 | 7 | 7 |

| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) |
|---|---|---|
| 4 Not Applicable | | |

| Haz. Mat. Release | Haz Mat. Placard | Number | Class |
|---|---|---|---|
| 1 | 1 | | |

| Motor Carrier Name | US DOT Number |
|---|---|

| Motor Carrier Address | City and State | Zip Code | Phone Number |
|---|---|---|---|

| Comm/Non-Commercial | Vehicle Body Type | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use | Specieual Function of MV |
|---|---|---|---|---|---|
| 4 | 19 Other Light Trucks (10,000 lbs (4,536 kg) or less) | 1 None | | 1 No | 1 No Special Function |

| Vehicle Maneuver Action | Trafficway | Roadway Grade | Roadway Alignment | Most Harmful Event | Most Harmful Event Detail |
|---|---|---|---|---|---|
| 13 Stopped in Traffic | 4 Two-Way, Divided, Positive Median Barrier | 1 Level | 1 Straight | 2 Collision with Non-Fixed Object | 14 Motor Vehicle in Transport |

| Traffic Control Device For This Vehicle | First (1) Sequence of Events | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|
| 1 No Controls | 2 Collision with Non-Fixed Object / 14 Motor Vehicle in Transport | | | |

## PERSON RECORD

| Person# | Description | Vehicle # | Name | Date of Birth | Sex | Phone Number | Re-Exam |
|---|---|---|---|---|---|---|---|
| 1 | 1 Driver | 1 | JIMMY LEE MCCULLEY | 03/Apr/1957 | 1 Male | 9312565021 | No |

| Address | City | State | Zip Code |
|---|---|---|---|
| 238 NRENE RD | SPARTA | TN | 38583 |

| Driver License Number | State | Expires | DL Type | Req. End. | Injury Severity | Ejection |
|---|---|---|---|---|---|---|
| 045884929 | TN | 03/Apr/2017 | 1 A | 1 Yes | 1 None | 1 Not Ejected |

Official copy obtained through BuyCrash.com

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 01/Oct/2012 03:44 AM | 01/Oct/2012 03:44 AM | PK-12-10-000004 | 83609344 |

| Restraint System | Air Bag Deployed | Helmet Use | Eye Protection | Seating Location Seat | Seating Location Row | Seating Location Other |
|---|---|---|---|---|---|---|
| 3 Shoulder and Lap Belt Used | 2 Not Deployed | 3 No Helmet | 3 Not Applicable | 1 Left | 1 Front | 1 Not Applicable |

| Drivers Actions at Time of Crash (first) | Drivers Actions at Time of Crash (second) | Driver Distracted By | Vision Obstruction |
|---|---|---|---|
| 77 Other Contributing Action | | 1 Not Distracted | 77 All Other, Explain in Narrative |

| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash |
|---|---|---|
| | | 1 Apparently Normal |

| Suspected Alcohol Use | Alcohol Tested | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use | Drug Tested | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|
| 1 No | | | | | 1 No | | | |

| Source of Transport to Medical Facility | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|
| 1 Not Transported | | | |

## PERSON RECORD

| Person# | Description | Vehicle # | Name | Date of Birth | Sex | Phone Number | Re-Exam |
|---|---|---|---|---|---|---|---|
| 2 | 1 Driver | 2 | CARLA BETH EISENBERG | 01/Apr/1958 | 2 Female | 7542425605 | No |

| Address | City | State | Zip Code |
|---|---|---|---|
| 4001 HILLCREST DR APT 215 | HOLLYWOOD | FL | 33021 |

| Driver License Number | State | Expires | DL Type | Req. End. | Injury Severity | Ejection |
|---|---|---|---|---|---|---|
| E-251-102-58-621-0 | FL | 01/Apr/2015 | 5 E/Operator | 3 No Req Endorsement | 1 None | 1 Not Ejected |

| Restraint System | Air Bag Deployed | Helmet Use | Eye Protection | Seating Location Seat | Seating Location Row | Seating Location Other |
|---|---|---|---|---|---|---|
| 3 Shoulder and Lap Belt Used | 2 Not Deployed | 3 No Helmet | 3 Not Applicable | 1 Left | 1 Front | 1 Not Applicable |

| Drivers Actions at Time of Crash (first) | Drivers Actions at Time of Crash (second) | Driver Distracted By | Vision Obstruction |
|---|---|---|---|
| 1 No Contributing Action | | 1 Not Distracted | 1 Vision Not Obscured |

| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash |
|---|---|---|
| | | 1 Apparently Normal |

| Suspected Alcohol Use | Alcohol Tested | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use | Drug Tested | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|
| 1 No | | | | | 1 No | | | |

| Source of Transport to Medical Facility | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|
| 1 Not Transported | | | |

## PERSON RECORD

| Person# | Description | Vehicle # | Name | Date of Birth | Sex | Phone Number | Re-Exam |
|---|---|---|---|---|---|---|---|
| 3 | 1 Driver | 3 | NATHANIEL HARRIS | 14/Mar/1978 | 1 Male | 7545814666 | No |

| Address | City | State | Zip Code |
|---|---|---|---|
| 8750 N SHERMAN CIR APT 306 | MIRAMAR | FL | 33025 |

| Driver License Number | State | Expires | DL Type | Req. End. | Injury Severity | Ejection |
|---|---|---|---|---|---|---|
| H-620-620-78-094-0 | FL | 14/Mar/2017 | 5 E/Operator | 3 No Req Endorsement | 1 None | 1 Not Ejected |

| Restraint System | Air Bag Deployed | Helmet Use | Eye Protection | Seating Location Seat | Seating Location Row | Seating Location Other |
|---|---|---|---|---|---|---|
| 3 Shoulder and Lap Belt Used | 2 Not Deployed | 3 No Helmet | 3 Not Applicable | 1 Left | 1 Front | 1 Not Applicable |

| Drivers Actions at Time of Crash (first) | Drivers Actions at Time of Crash (second) | Driver Distracted By | Vision Obstruction |
|---|---|---|---|
| 1 No Contributing Action | | 1 Not Distracted | 1 Vision Not Obscured |

| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash |
|---|---|---|
| | | 1 Apparently Normal |

| Suspected Alcohol Use | Alcohol Tested | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use | Drug Tested | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|
| 1 No | | | | | 1 No | | | |

| Source of Transport to Medical Facility | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|
| 1 Not Transported | | | |

## NARRATIVE

Investigation in conjunction with verbal input from the three drivers revealed the following. Vehicle 1 (V1), Vehicle 2 (V2) and Vehicle 3 (V3) are all traveling East on Pembroke Road. V1 and V3 are traveling in the inside through lane of Pembroke Road and V2 is traveling in the middle through lane.

V3 stopped for traffic. V1 started to slow down to stop behind V3 as V2 attempted to move into the inside through lane in front V1. V1 hit V2 in the left rear bumper with its front right bumper. V1 hit and pushed V2 into V3, hitting V3 on the right rear bumper with its left from bumper.

V1 driver advised that he did not or could not see V2 because it was too close to his vehicle plus the V2 has a lower profile making it harder to see.

V2 driver advised of some back discomfort but refused Fire Rescue.

## REPORTING OFFICER

| ID/Badge # | Rank and Name | Department | Type of Department |
|---|---|---|---|
| 14119 | DEPUTY SHERIFF J.HERNANDEZPOL | BROWARD COUNTY SHERIFF'S OFFICE | SO |

Official copy obtained through BuyCrash.com

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 01/Oct/2012 08:44 AM | 01/Oct/2012 08:44 AM | PK12-10-000006 | 83609344 |

Case 0:16-cv-62342-DPG   Document 1   Entered on FLSD Docket 09/29/2016   Page 12 of 14

NOT TO SCALE
PK12-10-000006

J.Hernandez-Pol 14119

10/01/12



Official copy obtained through BuyCrash.com



# Tennessee Secretary of State
Tre Hargett

Business Services | Charitable | Civics | Elections | Fantasy Sports | Publications | Library & Archives | Contact Us

Business Services Online > Find and Update a Business Record > Business Entity Detail

# Business Entity Detail

Available Entity Actions:
- ☐ File Annual Report (after 12/01/2016)
- Certificate of Existence
- More

Entity details cannot be edited. This detail reflects the current state of the filing in the system.

Return to the Business Information Search.

**000661242: For-profit Corporation - Domestic**      Printer Friendly Version

| | |
|---|---|
| Name: | Smithport Freight Inc |
| Status: | Active |
| Formed in: | TENNESSEE |
| Fiscal Year Close: | December |
| Term of Duration: | Perpetual |
| Principal Office: | 1045 W BROAD ST, SMITHVILLE, TN 37166-2502 USA |
| Mailing Address: | 1045 W BROAD ST, SMITHVILLE, TN 37166-2502 USA |
| AR Exempt: | No |
| Shares of Stock: | 100 |
| Initial Filing Date: | 06/21/2011 |
| Delayed Effective Date: | 07/01/2011 |
| AR Due Date: | 04/01/2017 |
| Inactive Date: | |
| Obligated Member Entity: | No |

**Assumed Names** | **History** | **Registered Agent**

| | |
|---|---|
| Agent Name: | MCKINNIE, JAMES F |
| Agent Address: | 5712 BOATMAN LN, COOKEVILLE, TN 38506-7067 USA |

## Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass Tower, 6th Floor
Nashville, TN 37243
615-741-2286
8:00 a.m. until 4:30 p.m. (Central) Monday - Friday.
Directions | State Holidays | Methods of Payment

Business Filings and Information (615) 741-2286 | TNSOS.CORPINFO@tn.gov
Certified Copies and Certificate of Existence (615) 741-6488 | TNSOS.CERT@tn.gov
Motor Vehicle Temporary Liens (615) 741-0529 | TNSOS.MVTL@tn.gov
Notary Commissions (615) 741-3699 | TNSOS.ATS@tn.gov
Uniform Commercial Code (UCC) (615) 741-3276 | TNSOS.UCC@tn.gov
Workers' Compensation Exemption Registrations (615) 741-0526 | TNSOS.WCER@tn.gov
Apostilles & Authentications (615) 741-0536 | TNSOS.ATS@tn.gov
Summons (615) 741-1799 | TNSOS.ATS@tn.gov
Trademarks (615) 741-0531 | TNSOS.ATS@tn.gov
Nonresident Fiduciaries (615) 741-0536 | TNSOS.ATS@tn.gov

OUR MISSION | CUSTOMER SUPPORT | DIVISIONS | LINKS

Business Entity Detail - Business Services Online 9/29/16, 8:50 PM

Our mission is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.

Contact Us

Library & Archives Visitor Information

DEPARTMENT INFORMATION

About the Secretary of State's Office

Secretary of State Bio

Sign up for email updates

Administrative Hearings

Business Services

Charitable Solicitations and Gaming

Elections

Human Resources and Organizational Development

Library & Archives

Division of Publications

Records Management

Tennessee General Assembly

Bureau of Ethics and Campaign Finance

Tennessee Code Unannotated

State Comptroller

State Treasurer

National Association of Secretaries of State

 Tennessee Secretary of State Tre Hargett



© 2016 Tennessee Secretary of State | Web and Social Media Policies